JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3717
   Facsimile:  (510) 637-3724
   E-Mail:     Christina.McCall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00282 DLJ |
|      Plaintiff, ) | |
|   v. ) | NOTICE OF DISMISSAL; **ORDER** |
| CHRISTOPHER SHAMANE DANIEL, ) | |
|      Defendant. ) | |

     Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Joseph P. Russoniello, United States Attorney, and Christina McCall, Assistant United States Attorney respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss the indictment in the above-entitled case and quash the associated arrest warrant. Defendant, CHRISTOPHER SHAMANE DANIEL, recently pleaded guilty to this crime in Alameda County Superior Court and received a state prison sentence.

///

///

///

///

NOTICE OF DISMISSAL
CR 09-00282 DLJ

1  DATED: June 4, 2009                    Respectfully submitted,

2                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
3

4                                          _____/S/_____
                                           CHRISTINA McCALL
5                                          Assistant United States Attorney

6

7

8  **LEAVE GRANTED**:

9  DATED: June 4, 2009

10                                         _____
                                           HONORABLE D. LOWELL JENSEN
11                                         United States District Court Judge

NOTICE OF DISMISSAL
CR 09-00282 DLJ